# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| HARCO AMERICAS, INC., | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:14CV662 |
| | § | JUDGE MAZZANT |
| v. | § | |
| | § | |
| INSTACOAT PREMIUM PRODUCTS, LLC, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, the matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On December 5, 2016, the report of the Magistrate Judge (Dkt. #30) was entered containing proposed findings of fact and recommendations that Defendant Instacoat Premium Products, LLC's Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. #5) should be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Defendant's Motion to Dismiss (Dkt. #5) is **GRANTED.**

**IT IS SO ORDERED.**
 SIGNED this 30th day of December, 2016.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE